NORTHROP GRUMMAN CORPORATION, Plaintiff–Appellant,

Lockheed Martin Corporation Naval Electronics and Surveillance Systems, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Raytheon Company, Defendant–Appellee.

No. 02–5018, 02–5019.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2001.

ON MOTION

ORDER

Lockheed Martin Corporation Naval Electronics and Surveillance Systems and Northrop Grumman Corporation move to voluntarily dismiss their appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) All sides shall bear their own costs.

ADVANTAGE DENTAL PRODUCTS, INC., Plaintiff–Appellant,

v.

ALL DENTAL PRODX, LLC and DMG DENTAL–MATERIAL GESELLS-CHAFT MBH, Defendants–Appellees.

No. 02–1029.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2001.

ON MOTION

ORDER

Upon consideration of Advantage Dental Products, Inc.'s motion to voluntarily withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.